IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLIFFORD G. MARTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY,<br><br>Defendant, | Civ. No. 2:13-cv-4566<br>Hon. Esther Salas, U.S.D.J.<br>Hon. Joseph A. Dickson, U.S.M.J. |

**STIPULATION AND SCHEDULING ORDER**

**WHEREAS**, on August 22, 2013, (a) the parties entered into a memorandum of understanding (the "MOU") setting forth the material terms of a proposed settlement of this lawsuit, which included an agreement by Defendant Warner Chilcott Public Limited Company that it would make certain supplemental disclosures in a Form 8-K filed with the SEC; and (b) pursuant to the MOU, Warner Chilcott filed a Form 8-K with the SEC containing these supplemental disclosures;

**WHEREAS**, on October 1, 2013, Actavis and Warner Chilcott completed the Transaction, which was a condition precedent for the proposed settlement to be submitted to the Court for preliminary approval;

**WHEREAS**, the parties are in the process of completing confirmatory discovery and the drafting and execution of definitive settlement papers, which would replace the MOU.

#85569783v3

NOW, THEREFORE, this 7th day of Feb., 2014, upon application of the parties, **IT IS HEREBY ORDERED** that:

A.   On or before May 1, 2014, the parties will submit to the Court a definitive stipulation of settlement, along with a proposed scheduling order and notice to class members (collectively, the "Definitive Settlement Papers").

B.   Alternatively, should the Definitive Settlement Papers not be available, or should the parties no longer pursue the proposed settlement, the parties will advise the Court on or before May 1, 2014 and request a status conference.

**IN WITNESS WHEREOF**, the parties have caused this Stipulation, dated as of February 6, 2014, to be executed by their duly authorized attorneys.

| | |
|---|---|
| *Liza M. Walsh* | *Evan J. Smith* |
| Liza M. Walsh | Evan J. Smith |
| Hector Daniel Ruiz | Mark L. Ackerman |
| **CONNELL FOLEY LLP** | **BRODSKY & SMITH, LLC** |
| 85 Livingston Avenue | Two Bala Plaza, Suite 602 |
| Roseland, NJ 07068 | Bala Cynwyd, PA 190004 |
| Phone: 973-535-0500 | Phone: 610-667-6200 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| *Scott B. Luftglass* | Brian C. Kerr |
| Lawrence Portnoy | **BROWER PIVEN,** |
| Scott B. Luftglass (admitted *pro hac vice*) | **A Professional Corporation** |
| Jason M. Spitalnick | 475 Park Avenue South, 33rd Floor |
| **DAVIS POLK & WARDWELL LLP** | New York, NY 10016 |
| 450 Lexington Avenue | Phone: 212-501-9000 |
| New York, NY 10017 | |
| Phone: 212-450-4000 | *Of Counsel for Plaintiff* |
| *Of Counsel for Defendant* | |

**SO ORDERED:**

**Dated:** 2/7/14

_____
Hon. Joseph A. Dickson, U.S.M.J.

- 3 -

#85569783v3